Samer Habbas Esq. (SBN #243683)
Jonathan Dowling, Esq. (SBN #360538)
LAW OFFICES OF SAMER HABBAS & ASSOCIATES, INC., P.C.
200 Spectrum Center Drive, Suite 1230
Irvine, CA 92618
Telephone: (949) 727-9300
Facsimile: (949) 727-9308

Attorneys for Plaintiff,
Saba Masih

GOLDBERG SEGALLA LLP

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| SABA MASIH,<br><br>Plaintiff,<br><br>v.<br><br>VICTORIA'S SECRET & CO.; VICTORIA'S SECRET STORES, LLC; AND DOES 3 1 to 50,<br><br>Defendants. | Case No.: 5:26-cv-04466 KK (SPx)<br>Judge: Hon. Kenly Kiya Kato<br>Crtrm.: 3<br><br>**ORDER RE STIPULATION FOR PROTECTIVE ORDER**<br><br>Complaint Filed: 05/27/2026<br>Trial Date: None Set |

**ORDER**

The Court, having reviewed the proposed Stipulated Protective Order (docket no. 19) completed and filed jointly by the Parties to this action, hereby ADOPTS the Parties' the Stipulated Protective Order and MAKES IT THE ORDER OF THE COURT.

**IT IS SO ORDERED** this 30th day of October 2026.

BY THE COURT:

HON. SHERI PYM
United States Magistrate Judge